# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KENNETH DANTE MURENA, as
Receiver of Zilmil, Inc.,

    Plaintiff,

v.                                Case No. 3:19-cv-856-J-32PDB

MANOJ SHAH, BHAVANA
BABULAL SHAH, ERIC SHAH,
SUJATA SHAH, and UDAYKUMAR
SHAH,

    Defendants.

## **O R D E R**

This case is before the Court on Defendant Sujata Shah's Motion to Dismiss, (Doc. 11), the Third Agreed Motion to Extend the Deadline to Complete Mediation, (Doc. 29), and the Agreed Motion to Extend Deadline to Deliver Expert Rebuttal Opinion, Conduct Related Deposition and File Related Daubert Motion, (Doc. 30).

Upon review of Sujata Shah's Motion to Dismiss (Doc. 11), Plaintiff's Response (Doc. 15), and Sujata Shah's Reply (Doc. 23), as well as Defendants Eric Shah and Manoj Shah's Motion for Partial Summary Judgment (Doc. 31), the Court believes that the Motion to Dismiss (Doc. 11), which raises the same statute of limitations arguments as the Motion for Partial Summary Judgment,

should be converted to a motion for summary judgment under Federal Rule of Civil Procedure 12(d).

Accordingly, it is hereby

**ORDERED:**

1. Third Agreed Motion to Extend the Mediation Deadline (Doc. 29) is **WITHDRAWN**. (Doc. 33). However, if the parties believe that an in-person mediation would be beneficial, they may conduct such mediation once it is safe to do so.

2. Agreed Motion to Extend Deadline to Deliver Expert Rebuttal Opinion, Conduct Related Deposition and File Related Daubert Motion (Doc. 30) is **GRANTED**.

3. Defendant Sujata Shah's Motion to Dismiss (Doc. 11) is converted to a motion for summary judgment under Federal Rule of Civil Procedure 12(d).

4. The Deadlines in the Case Management and Scheduling Order (Doc. 12) are amended as follows:

    a.    Not later than **April 30, 2020**, Defendants shall serve their Rebuttal Expert Report.

    b.    Not later than **April 30, 2020**, Defendant Sujata Shah may file a supplement in support of her motion for summary judgment, not to exceed fifteen pages, and also attaching affidavits or other evidentiary support.

c. Not later than **April 30, 2020**, Plaintiff shall file a notice regarding the status of service of process on Defendants Bhavana Babulal Shah and Udaykumar Shah.

d. Not later than **May 21, 2020**, Plaintiff shall file a single, consolidated response to Eric and Manoj Shah's Motion for Partial Summary Judgment and Sujata Shah's converted motion for summary judgment.

e. Not later than **May 21, 2020**, Plaintiff may depose Defendants' Rebuttal Expert.

f. The Dispositive and <u>Daubert</u> motions deadline, in its entirety, is extended to **June 1, 2020**. Responses are due twenty-one days after service.

g. All other dates and deadlines in the Case Management and Scheduling Order (Doc. 12) remain the same.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of April, 2020.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jjb
Copies to:
Counsel of record

3