**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v().                                                                                                             Case No. 3:17-cv-774-J-32MCR

JASON B. SCHARF, CIT
INVESTMENTS LLC,
BREVSPAND EOOD, CIT
INVESTMENTS LTD., A&J MEDIA
PARTNERS, INC., MICHAEL
SHAH, and ZILMIL, INC.,

    Defendants.

_____

KENNETH DANTE MURENA, as
Receiver of Zilmil, Inc.,

    Plaintiff,

v.                                                                                                             Case No. 3:19-cv-856-J-32PDB

MANOJ SHAH, ERIC SHAH, and
SUJATA SHAH,

    Defendants.

_____

KENNETH DANTE MURENA, as
Receiver of Zilmil, Inc.,

    Plaintiff,

v.                                                   Case No.   3:19-cv-812-J-32JRK

MANOJ KUMAR and TEJOLAYA
BUILDERS,

    Defendants.

## **O R D E R**

These cases are before the Court on many pending motions. The Court has determined to hold a consolidated hearing on all pending motions, and the overall status of these actions.

Accordingly, it is hereby

**ORDERED:**

These cases are **SET** for an **IN-PERSON HEARING**[1] on **July 24, 2020 at 10:00 a.m.** before the undersigned, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[2]

---

[1] If an in-person hearing is not feasible on this date due to the coronavirus pandemic, the Court will advise the parties by July 14, 2020 that it is converting the hearing to a telephone conference or Zoom videoconference to be held on the same date and time.

[2] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of June, 2020.

*[signature: Timothy J. Corrigan]*

TIMOTHY J. CORRIGAN
United States District Judge

jjb
Copies:

Counsel of record